AO 442 (Rev. 11/11) Arrest Warrant

11549287

2364-0503-0836-J

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| United States of America | ) |
|---|---|
| v. | ) |
| Fei Xie | ) Case No. M-23-277 -STE |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

**RECEIVED MAY 0 2 2023 U.S. MARSHALS W/OK**

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Fei Xie,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846, Drug Conspiracy

Date: 05/02/2023

*Shon T. Erwin*
Issuing officer's signature

City and state: Oklahoma City, Oklahoma

Shon T. Erwin, U.S. Magistrate Judge
Printed name and title

---

**Return**

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____.

Date: ARRESTED ON 05/10/2023
WITHIN THE W DISTRICT OF WA
BY: ICE

Arresting officer's signature

Printed name and title