AO 442 (Rev. 11/11) Arrest Warrant

11492291
2364-6503-6830-5

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| United States of America<br>v.<br>Naiyang Lin,<br>a/k/a Nai Yang Lin,<br><br>Defendant | Case No. M-23-277 -STE |

## ARREST WARRANT

RECEIVED
MAY 0 2 2023
U.S. MARSHALS W/OK

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)  Naiyang Lin,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
  21 U.S.C. § 846, Drug Conspiracy

Date: 05/02/2023

*Shon T. Erwin*
Issuing officer's signature

City and state:  Oklahoma City, Oklahoma

Shon T. Erwin, U.S. Magistrate Judge
Printed name and title

---

**Return**

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____.

Date: _____

ARRESTED ON: 05/10/2023
WITHIN THE  W  DISTRICT OF  OK
BY:  HSI

Arresting officer's signature

Printed name and title