AO 442 (Rev. 11/11) Arrest Warrant

11549204

2364-0503-0833-S

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| United States of America | ) |
|---|---|
| v. | ) |
| Chang-Hui Chen | ) Case No. M-23-277 -STE |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

RECEIVED
MAY 0 2 2023
U.S. MARSHALS W/OK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Chang-Hui Chen,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846, Drug Conspiracy

Date: 05/02/2023

*Issuing officer's signature* — Shon T. Erwin

City and state: Oklahoma City, Oklahoma

Shon T. Erwin, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____   ARRESTED ON: 05/10/2023

WITHIN THE W DISTRICT OF OK

BY: HSI

*Arresting officer's signature*

*Printed name and title*