AO 442 (Rev. 11/11) Arrest Warrant

11549352

2364-0503-0840-J

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| United States of America<br>v.<br>Ahmed Salim Harrold<br><br>Defendant | Case No.  M-23-277  -STE |

RECEIVED
MAY 0 2 2023
U.S. MARSHALS W/OK

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Ahmed Salim Harrold ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846, Drug Conspiracy

Date:   05/02/2023

*Shon T. Erwin*
Issuing officer's signature

City and state:   Oklahoma City, Oklahoma

Shon T. Erwin, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____

ARRESTED ON: 05/10/2023
WITHIN THE  W  DISTRICT OF  KY
BY:  ATF

Arresting officer's signature

Printed name and title